Law Offices of Shawn R. Perez, Esq., P.C.
SHAWN R. PEREZ, ESQ. (NSBN 10421)
7121 West Craig Rd., #113-38
Las Vegas, NV 89129
(702) 485-3977
(949) 632-9752
shawn711@msn.com

Ranchor Harris Law, PLLC (*Pro Hac Vice* Pending)
1784 Heritage Center Drive
Suite 204-E
Wake Forest, NC 27587
919-249-5006 (Direct Line)
ranchor@ranchorharris.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN MCKNIGHT, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACQUELYN WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Brian McKnight in support of his Complaint against Defendant Jacquelyn Wright, also known as Jaguar Wright hereby states the following:

**NATURE OF THE ACTION**

1. This defamation action arises from numerous videos posted on various social media platforms by Ms. Jacquelyn Wright ("Ms. Wright) under the name Jaguar Wright. In the videos, Ms. Wright claimed that she is the cousin of Mr. Brian McKnight's ("Mr. McKnight") ex-wife, Ms. Julie McKnight ("Ms. McKnight"). Additionally, Ms. Wright made statements that Mr. McKnight had been abusive to not only prostitutes but to his wife, Ms. Julie McKnight, "…prostitute he had beaten up that my cousin caught him with just before that and how he beat her up for catching him with that chick…," and that "He was a piece of shit father, and he was an even worse husband."

1

**PARTIES**

2.  Plaintiff Brian McKnight is an individual and resident of the State of Georgia. For decades, he has been a prominent singer and songwriter in the R&B music industry along with appearing in various television shows and movies.

3.  Defendant Jacqueline Wright is an individual and who upon information and belief has in the past year resided in the States of Texas, Nevada, and California. Ms. Wright is a neo-soul singer, songwriter, and content creator. Since December 25, 2022, Ms. Wright has made numerous public statements on various video recordings that falsely implied that Mr. McKnight was abusive to Ms. McKnight during their marriage, was a terrible husband and father, and would pay said prostitutes extra to allow him to physically harm them.

**JURSIDICTION**

4.  Jurisdiction is proper pursuant to 28 U.S.C. § 1332 for diversity of citizenship as the parties to this action are citizens of different States. The amount in controversy exceeds $75,000.00.

**VENUE**

5.  This Court has jurisdiction over this action under 28 U.S.C. § 1331(b)(2) in that all or a substantial part of the events or omissions giving rise to the claim occurred within this district.

**STATEMENT OF FACTS**

**Ms. Wright Verbally Stated in Various Video Recordings That Were Published to Various Social Media Platforms That Mr. McKnight Was Physically Abusive to Ms. McKnight and Others**

6.  Mr. McKnight's career began when he signed his first record deal with Wing Records and debuted his first album Brian McKnight in 1992. Throughout the decades, Mr. McKnight has recorded seventeen (17) studio albums, appeared in approximately eight (8) films, and numerous television shows. Mr. McKnight has numerous hit songs to include but are not limited to Love Is, One Last Cry, You Should Be Mine (Don't Waste Your Time), and Back at One. Mr. McKnight's work has been nominated numerous times throughout the decades and has landed him an award with the NAACP Image Award for Outstand Male Artist after releasing Back at One and an award with Soul Train Music Awards for Best R&B Male Album for his album Anytime.

7.  Ms. Julie McKnight is a singer and individual who knew and dated Mr. McKnight during their youth.

2

8. Mr. McKnight was married to Ms. McKnight for thirteen years, from 1990 to 2003.

9. During their marriage two children were born, Brian McKnight Jr. and Niko McKnight.

10. During the time Mr. McKnight knew, dated, and then was married to Ms. McKnight, never did Mr. McKnight meet, encounter, or become aware of Ms. Wright and her kinship with Ms. McKnight.

11. Upon belief and information, at some point after Mr. McKnight and Ms. McKnight separated, Ms. McKnight shared numerous false and defaming statements with Ms. Wright, who has chosen specific time periods from 2022 through 2024 to spread false and defaming information.

12. On or about December 25, 2022, Ms. Wright accessed her Instagram account to produce a live video stream to state false and defaming statements about Mr. McKnight.

13. Ms. Wright began her live video by informing those watching the live video, and those who would later view the video, of the music she was listening to and then made the statement "…it's Christmas and I'm giving honesty and truth and gift, ya know as a gift this year…"

14. Ms. Wright stated in her live video that "…there's another asshole I need to say Merry Christmas to…" Ms. Wright stated that she came to this conclusion after coming across a video on YouTube that was discussing "…Master P and Brian McKnight and exposing their ungrateful children…" to which, after she discussed Master P, she begun to discuss Mr. McKnight.

15. Ms. Wright immediately stated her relationship to Mr. McKnight "…his ex-wife is my cousin, Julie McKnight Johnson, now Julie Johnson." Followed by the statement that Ms. McKnight was the mother of Mr. McKnight's first children and then proceeded to defame and ridicule him as a father, "She's the mother of his oldest children, his first children. He was a piece of shit father, and he was an even worse husband."

16. As the live video continued, Ms. Wright claimed to "…know things about Brian that most people do not know…" but failed to acknowledge that she in fact did not know Mr. McKnight.

17. Ms. Wright continued the false statements in her live stream video by stating:

> "...there was a pro in Philly and I've spoken about her before. Her name, well she danced by the name Paris. She was dancing at Delilah's down Spring Garden and Delaware Ave the same time that uh Amber, Amber Rose was when she met Kayne West. Brian was one of my girlfriend from high school's clients but see the things that most people don't know is that nigga got a real sick fetish cause he used to pay her extra so that he could choke her out and punch her in her fucking eye. And then he would just sit there and fuck her and beat her and fuck her and beat her. Sometimes I would go and pick her up after calls and I'll forget the one

time I came to pick her up after she had been with Brian and it was just nuts, her eye was all black, lip sitting out, he loosened her tooth…"

Ms. Wright knew, or should have known, these statement were false but chose to state them in her public video.

18. After Ms. Wright made the false accusation that Mr. McKnight would physically abuse Ms. McKnight and other women, Ms. Wright attempted to support her narrative by stating "…and then we found out later through my friend Jvonne Pearson, who is very very very very good friends with my cousin Julie McKnight Johnson, found out that there was abuse going on in the home."

19. Ms. Wright failed to verify if the statements provided by Mr. Jvonne Pearson ("Mr. Pearson") were factual prior to sharing them in her live video.

20. To further her defamatory statements of Mr. McKnight, Ms. Wright mocked one of Mr. McKnight's well-known songs, Back at One, "Mr. One a nightmare come true, two just want to beat on you, fucker, fuck Brian McKnight…"

**Ms. Wright Continued the False and Defamatory Statements**

**in an Effort to Regain a Positive Image in the Public's Eye**

21. During the time span of 2022 through 2024 Ms. Wright experienced not only public backlash for her allegations against other prominent individuals within the music industry but also found herself in legal cases by these individuals.

22. In an effort to continue her narrative and regain the attention of the public for her podcast, on or around May 1, 2024, Ms. Wright released a video on YouTube that further defamed Mr. McKnight as well as brought her false narrative back to the public's attention.

23. During the video, Ms. Wright continued to make the same false and defaming statements regarding Mr. McKnight that she had previously made in her Instagram live video on December 25, 2022.

24. In the video, Ms. Wright begun by discussing the rape by Ike on Tina Turner and then immediately compared it to Mr. McKnight's hit song, Back at One.

25. Ms. Wright made the notation that Mr. McKnight's hit song was not inspired by such admiring and loving events that the public believes inspired him, but was inspired by the complete opposite, "…or Brian McKnight going into the studio and recording one it's like a dream come true and all what a wonderful great

4

song but if anybody knew about the prostitute he had beaten up that my cousin caught him with just before that and how he beat her up for catching him with that chick and that's where that song came from…"

26. After Ms. Wright made this statement, she realized she had caught the attention of the fellow individuals in the live stream, which was exactly Ms. Wright's intentions.

27. After Ms. Wright noticed that the individuals were now more interested in what she had to say, Ms. Wright took the opportunity to turn Ms. McKnight into a victim and hero "…you know what she did instead, she started advocating for all of his victims. Imagine that you standing in the gap for and getting help for and protecting the women that your husband cheated on you with…"

28. Additionally, Ms. Wright furthered her false narrative that Mr. McKnight was abusive when she made the false statement.

29. Approximately ten (10) days later on or around May 11, 2024, Ms. Wright participated in an Instagram live stream video with Mr. Jvonne Pearson and two other individuals.

30. Ms. Wright took the opportunity to again state her kinship with Ms. McKnight, "…Julie McKnight Johnson is my cousin, she is my family, and I give a damn about what happens to her…"

31. Ms. Wright made the statement in an effort to gain the attention of viewers and to inform viewers that she held a relationship with Mr. McKnight, one that she knew, or should have known, was not real.

32. Immediately following Ms. Wrights statement that she is Ms. McKnight's cousin, Ms. Wright changed her vocal tone to one of disgust and stated "Everything that nigga, McKnight put her through…" In doing so, Ms. Wright had made the effort to keep the attention of the viewers while insinuating through her tone that Mr. McKnight had acted in an unacceptable manner towards Ms. McKnight.

33. Again, Ms. Wright took the opportunity to turn Ms. McKnight into a victim and hero while running her narrative that Mr. McKnight was an abusive husband:

> "…you know it takes a strong woman to be able to get past your husband cheating on you but it's a whole another kind of animal when you go and save the woman that your husband cheated on you with from that husband. Imagine that you're sitting there looking at the woman who had sex with your husband and you're more concerned about her wellbeing than your feelings."

34. At this point in the video, Mr. Pearson spoke up about Ms. McKnight's ability to handle the situation, a situation that had been fabricated by Ms. McKnight, Mr. Pearson, and Ms. Wright to defame Mr. McKnight.

"Julie has always been a queen throughout this whole situation" to which Ms. Wright adds "she's been regal. listen to me, if she had told the family what he was doing, hm, one it's like a nightmare come true, two we don't want to fuck with you, three, and it's so plan to see that you're the biggest piece of shit, you ass hole…"

35. It is evident at this point in the video that Ms. Wright had gained the attention she sought and enjoyed defaming Mr. McKnight by spreading the false statements.

36. Before Ms. Wright moved on to discuss and defame other individuals, Ms. Wright again made the effort to spread her false narrative of how Mr. McKnight was inspired for his Back at One record, "…how he came up with that record, cause it didn't start with love, it started with abuse. Don't let those long songs fool you. Brian McKnight used to mess with a girl who was a professional. Who I went, me and her go back to junior high. He used to pay her extra so he could rough her up. For whatever reason he couldn't rock it off unless he she had a black eye. That's who you are Brian."

**Mr. McKnight's Reputation and Career Suffer as a Result of**

**Ms. Wrights False and Defamatory Statements**

37. As a result of Ms. Wright's false statements that Mr. Wright was abusive to Ms. McKnight, other woman, and was a terrible husband and father, Mr. McKnight's reputation and career sustained immense damage.

38. As a singer, songwriter herself, Ms. Wright was well aware of the negative effect that these false and defamatory statements would have on Mr. McKnight's career.

39. Mr. McKnight has endured issues securing venues for concerts, concerts to be cancelled, and petitions for tickets not to be sold through vendors.

40. For years, Mr. McKnight has had to endure the false and defaming allegations set out by Ms. Wright. While Mr. McKnight was trying to continue his career, Ms. Wright was pushing a false narrative about him in order to further her career.

**<u>COUNT ONE</u>**

**DEFAMATON FOR STATEMENTS IN MS. WRIGHTS MAY 1, 2024, YOUTUBE VIDEO**

41. Plaintiff repeats and re-alleges each of the foregoing paragraphs as if set forth fully herein.

42. Ms. Wright published a video on YouTube on May 1, 2024. The video, which is still fully assessable, is available to a worldwide audience as the YouTube account is not a private account.

43. The video contained false and defamatory statements concerning Mr. McKnight:

a. "…or Brian McKnight going into the studio and recording one it's like a dream come true and all what a wonderful great song but if anybody knew about the prostitute he had beaten up that my cousin caught him with just before that and how he beat her up for catching him with that chick and that's where that song came from…"

b. "…you know what she did instead, she started advocating for all of his victims. Imagine that you standing in the gap for and getting help for and protecting the women that your husband cheated on you with…"

44. These statements are of and concerning Mr. McKnight, as he is Ms. McKnight's former husband, the person who Ms. Wright claims to be the cousin of. Additionally, Ms. Wright blatantly referred to Mr. McKnight in these statements, and those who know Mr. McKnight and/or watched this video knew the person Ms. Wright was speaking about.

45. These statements by Ms. Wright, which state that Ms. McKnight and other women were the victims of abuse, are false:

a. Mr. McKnight did not commit abuse against Ms. McKnight or any other woman. Ms. Wright's allegations that Mr. McKnight abused Ms. McKnight and/or any other woman are false and have not been sustained by any evidence.

b. Ms. Wright used these false and defaming statements as a motive and means to regain a positive role within the public's eye after making false and defaming statements against other prominent members of the music industry.

46. The substantial danger of injury to Mr. McKnight's reputation from Ms. Wright's false statements is readily apparent. Such statements would tend to harm the reputation of another as to lower the individual's reputation within a community and/or to deter third persons from associating or dealing with the individual.

47. By making such statements to third parties, Ms. Wright has harmed Mr. McKnight's reputation.

48. At the time of recording, Ms. Wright knew, or should have known, the statements were false.

49. Ms. Wright's false statements are defamatory per se as they insinuate that Mr. McKnight committed a crime involving moral turpitude for which Mr. McKnight, if the charges were true, could be indicted and punished. Additionally, Ms. Wright's false and defamatory statements have prejudiced Mr. McKnight's reputation within the music industry, entitling Mr. McKnight to presumed damages.

50. As a direct and proximate result of these false and defamatory statements by Ms. Wright, Mr. McKnight has suffered damages, including, inter alia, injury to his reputation, harm to his ability to carry on his profession, embarrassment, humiliation, and emotional distress, in an amount to be determined at trial.

51. Ms. Wright's actions were malicious, willful, wanton, and evidence of conscious disregard for Mr. McKnight's rights. Mr. McKnight is entitled to punitive damages.

**COUNT TWO**

**DEFAMATON FOR STATEMENTS IN MS. WRIGHTS MAY 11, 2024, YOUTUBE VIDEO**

52. Plaintiff repeats and re-alleges each of the foregoing paragraphs as if set forth fully herein.

53. Ms. Wright published a video on YouTube on May 1, 2024. The video, which is still fully assessable, is available to a worldwide audience as the YouTube account is not a private account.

54. The video contained false and defamatory statements concerning Mr. McKnight:

   a. "...Julie McKnight Johnson is my cousin, she is my family, and I give a damn about what happens to her…"

   b. "Everything that nigga, McKnight put her through…"

   c. "…you know it takes a strong woman to be able to get past your husband cheating on you but it's a whole another kind of animal when you go and save the woman that your husband cheated on you with from that husband. Imagine that you're sitting there looking at the woman who had sex with your husband and you're more concerned about her wellbeing than your feelings."

   d. "she's been regal, listen to me, if she had told the family what he was doing, hm, one it's like a nightmare come true, two we don't want to fuck with you, three, and it's so plan to see that you're the biggest piece of shit, you ass hole…"

   e. "…how he came up with that record, cause it didn't start with love, it started with abuse. Don't let those long songs fool you. Brian McKnight used to mess with a girl who was a professional. Who I went, me and her go back to junior high. He used to pay her extra so he could rough her up. For whatever reason he couldn't rock it off unless he she had a black eye. That's who you are Brian."

55. These statements are of and concerning Mr. McKnight, as he is Ms. McKnight's former husband, the person who Ms. Wright claims to be the cousin of. Additionally, Ms. Wright blatantly referred to Mr. McKnight in

these statements, and those who know Mr. McKnight and/or watched this video knew the person Ms. Wright was speaking about.

56. These statements by Ms. Wright, which state that Ms. McKnight and other women were the victims of abuse, are false:

    a. Mr. McKnight did not commit abuse against Ms. McKnight or any other woman. Ms. Wright's allegations that Mr. McKnight abused Ms. McKnight and/or any other woman are false and have not been sustained by any evidence.

    b. Ms. Wright used these false and defaming statements as a motive and means to regain a positive role within the public's eye after making false and defaming statements against other prominent members of the music industry.

57. The substantial danger of injury to Mr. McKnight's reputation from Ms. Wright's false statements is readily apparent. Such statements would tend to harm the reputation of another as to lower the individual's reputation within a community and/or to deter third persons from associating or dealing with the individual.

58. By making such statements to third parties, Ms. Wright has harmed Mr. McKnight's reputation.

59. At the time of recording, Ms. Wright knew, or should have known, the statements were false.

60. Ms. Wright's false statements are defamatory per se as they insinuate that Mr. McKnight committed a crime involving moral turpitude for which Mr. McKnight, if the charges were true, could be indicted and punished. Additionally, Ms. Wright's false and defamatory statements have prejudiced Mr. McKnight's reputation within the music industry, entitling Mr. McKnight to presumed damages.

61. As a direct and proximate result of these false and defamatory statements by Ms. Wright, Mr. McKnight has suffered damages, including, inter alia, injury to his reputation, harm to his ability to carry on his profession, embarrassment, humiliation, and emotional distress, in an amount to be determined at trial.

62. Ms. Wright's actions were malicious, willful, wanton, and evidence of conscious disregard for Mr. McKnight's rights. Mr. McKnight is entitled to punitive damages.

## JURY TRIAL DEMAND

Plaintiff Brian McKnight hereby demands a jury trial on all issues so triable.

///

///

9

**<u>PRAYER</u>**

WHEREFORE, Plaintiff respectfully requests that the Court enter an award in Plaintiff's favor and against Defendant, as follows:

1. Award Mr. McKnight compensatory damages of not less than $75,000.00, or in such additional amount to be proven at trial;

2. Award Mr. McKnight punitive damages to the maximum extent permitted by the laws of this State.;

3. Award Mr. McKnight all of his expenses and costs, including attorneys' fees; and

4. Grant such other and further relief as the Court deems appropriate.

This the 28th day of April 2025.

RANCHOR HARRIS LAW, PLLC

/s/ S. Ranchor Harris

_____

S. Ranchor Harris


Law Offices of Shawn R. Perez, Esq., PC

/s/ Shawn R. Perez, Esq.

_____

Shawn R. Perez, Esq.